UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALLEN RYTLEWSKI,

    Petitioner,                                  Hon. Paul L. Maloney

v.                                                  Case No. 1:19-cv-00385

MICHIGAN, STATE OF, et al.,

    Respondents.
_____/

## **DEFICIENCY ORDER**

Petitioner has filed a Complaint but has failed to pay the $400.00 filing fee or to apply in the manner required by law to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(1); W.D. Mich. L.Civ.R. 3.4. Local Rule 3.4(a) states in part, "All persons applying to proceed in forma pauperis in this Court . . . shall file with their complaint . . . a motion for leave to proceed in forma pauperis supported by the financial affidavit [of indigency] required under 28 U.S.C. § 1915(a)(1)."

Within 28 days from the date of this notice, Petitioner must submit the $400.00 filing fee or, alternatively, file the required documents described above. The affidavit of indigency must include a statement of all assets that Petitioner possesses, a statement that Petitioner is unable to pay the fee or give security therefor, a statement of the nature of the action, and a statement of the affiant's belief that he or she is entitled to redress. 28 U.S.C. §§ 1915(a)(1).

- 2 -

If Petitioner fails to pay the filing fee or to file the required documents as described above, the Complaint may be dismissed.

**IT IS SO ORDERED**.

Date: May 17, 2019  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

**FILING FEES SHALL BE REMITTED TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**