FILED - GR
May 31, 2019 1:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw   SCANNED BY: /clw

# United States District Court
## Western District of Michigan
### SOUTHERN DIVISION

| | |
|---|---|
| Robert Allen Rytlewski<br>Petitioner<br>v.<br>United States District Court,<br>Federal Government of the United States<br>Respondent | Case No. 1:19-cv-385<br>Hon. Paul L. Maloney<br><br>"Claim of Unconstitutionality"<br><br>Petitioner's First Amendment legal petition to the Government represented by the United States District Court as Respondent, for the redress of grievances |

## FRCP Rule 3 Commencing an Action in the form of a Legal Petition to the Government as Respondent for the Redress of Petitioner's grievances.

Robert Allen Rytlewski, Petitioner submits this legal petition to the Government Respondent for the redress of the Petitioners grievances that have already been submitted into this Case.

It is the Petitioner's inherent right under the First Amendment to the Constitution to submit a legal petition to the United States District Court as the respondent representing the Federal Government of the United States in the expectation of Respondent's use of its inherent powers to provide Petitioner speedy relief from the unconstitutional acts of Petitioner's false accusers and larceny of his property.

I ask the United States District Court to "declare the law", execute and enforce the same and provide Petitioner a just remedy.

*Robert Allen Rytlewski* _Date: 05/28/2019
Signature
Robert Allen Rytlewski, Relator
10955 14 Mile Rd NE, Unit 55
Rockford MI 49341
Kent County, Michigan United States
Phone: 616-712-6179
Email: RobbRyder@aol.com

Robert Allen Rytlewski
10855 14 mile rd NE, unit 55
Rockford MI 49341

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
399 FEDERAL BUILDING
110 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 494
29 MAY 2019 PM 6 L

FOREVER / USA