UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT ALLEN RYTLEWSKI,

   Petitioner,

Case No. 1:19-cv-00385

v.

HONORABLE PAUL L. MALONEY

STATE OF MICHIGAN, et al.,

   Respondents.

_____/

## ORDER TO SHOW CAUSE

On May 15, 2019, petitioner filed this action seeking declaratory judgment. (Compl., ECF No. 1).

On May 15, 2019, petitioner also filed his application to proceed without prepayment of fees. (ECF No. 2). On May 17, 2019, the Court entered deficiency order directing petitioner to pay the filing fee or file the required documents on or before June 14, 2019. (ECF No. 5). As of today's date the Court has not received any communication from petitioner.

Petitioner has failed to comply with the Courts order. Accordingly,

**IT IS ORDERED** that petitioner shall **SHOW CAUSE** in writing, within ten calendar days of the date of this Order, why his case should not be dismissed for want

of prosecution.  **Failure to comply with this Order may result in a dismissal of this case for want of prosecution.**  *See* **Fed. R. Civ. P. 41(b).**

    **IT IS SO ORDERED**.


Date:  June 19, 2019                                                                   /s/  Paul L. Maloney  
                                                                           Paul L. Maloney  
                                                                           United States District Judge