UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN RYTLEWSKI, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-385 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| STATE OF MICHIGAN, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed the claims in the complaint without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 27, 2019                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge